**Clarence E. BROWN, Petitioner,**

v.

**DOMINION COAL CORPORATION; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

**No. 03–1521.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 20, 2003.

Decided March 23, 2004.

Clarence E. Brown, Petitioner pro se.

Ronald Eugene Gilbertson, Bell, Boyd & Lloyd, Washington, D.C.; Michelle Seyman Gerdano, Patricia May Nece, Christian P. Barber, United States Department of Labor, Washington, D.C., for Respondents.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Clarence E. Brown seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–45 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Brown v. Dominion Coal Corp.,* No. 02–0646–BLA (BRB Mar. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*